**Eleanor Casey, appellee, v. Chicago Railways Company et al., appellants. Gen. No. 25,132.**

Action to recover for personal injuries sustained on being struck by street car for which plaintiff was waiting and intended to board as a passenger. Judgment for plaintiff. Appeal from the Circuit

Court of Cook county; the Hon. Frank J. Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the March term,. 1919. Reversed with finding of facts. Opinion filed April 30, 1920.

Charles L. Mahony and Watson J. Ferry, for appellants; W. W. Gurley and J. R. Guilliams, of counsel. Vincent D. Wyman, Harry C. Kinne and Charles E. Carpenter, for appellee.

Mr. Justice Gridley delivered the opinion of the court.